IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 13-cr-30218-DRH |
| vs. | ) | |
| | ) | |
| JULIA CLYMER, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF FACTS**

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney, and Ranley R. Killian, Assistant United States Attorney for the Southern District of Illinois, and Defendant Julia Clymer through her attorney enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

1. That from September of 2012 and continuing until December of 2012, Julia Clymer obtained hydrocodone by fraudulently calling in prescriptions for the controlled substance in her name and in the name of others, some of whom were Medicaid beneficiaries. This scheme caused the loss to a health care benefit program (Medicaid) in connection with the delivery of and payment for healthcare benefits and services.

2. That on September 14, 2011, Julia Clymer, through fraud and misrepresentation, knowingly and intentionally obtained hydrocodone, a controlled substance, for her own use, that had not been lawfully prescribed for her.

3. That the conduct alleged in the information took place within Madison County, Illinois, which is within the Southern District of Illinois.

_____
JULIA CLYMER
Defendant

_____
WILLIAM L. BERRY
Attorney for Defendant

Date: September 26, 2013

STEPHEN R. WIGGINTON
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Date: September 25, 2013