IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  13-cr-30218-DRH |
| | ) |
| JULIA CLYMER, | ) |
| | ) |
| **Defendant.** | ) |

## REPORT and RECOMMENDATION

   The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). Pursuant to Federal Rule of Criminal Procedure 7(b), the Defendant was advised of the nature of the charge and her rights, and the Defendant waived her right to prosecution by indictment.

   The Defendant entered a plea of guilty to Counts 1 and 2 of the Information.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by an independent factual basis containing each of the essential elements of such offense.

   I therefore recommend that the plea of guilty be accepted, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly.

   DATED:   September 26, 2013.

                                                                    s/ Clifford J. Proud
                                                                    **CLIFFORD J. PROUD**
                                                                    **U. S. MAGISTRATE JUDGE**

## **NOTICE REGARDING FILING of OBJECTIONS**

      Failure to file a written objection to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned U.S. District Judge.   28 U.S.C. 636(b)(1)(B).