IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.     No. 3:13-cr-30218-DRH-1

JULIA CLYMER
    Defendant.

## ORDER

**HERNDON, District Judge:**

Now before the Court is defendant's motion for reconsideration of probation. Defendant recently received a letter from the Office of the Inspector General (OIG) stating that she has been designated as an "excluded individual" by the OIG. Upon notice from the OIG, the defendant's employer terminated her employment. The defendant's employer has indicated that if the restrictions imposed by the OIG are removed, the defendant will be rehired and retained as an employee. In response, defendant's counsel filed the present motion asking the Court to revise the terms of the defendant's probation in order to allow her to return to work.

Defendant's counsel misunderstands the "excluded individual" designation placed on the defendant by the OIG. The OIG has labeled the defendant as an "excluded individual" in accord with section 1128(a)91) and section (a)(4) of the Social Security Act (42 U.S.C. 1320a-7(a)). The designation is based on the defendant's *convictions* in this Court (as defined in section 1128(i) (42 U.S.C.

1320-7(i))). Altering the terms of the defendant's probation will not alter the *convictions* that mandate she be designated as an "excluded individual" in accord with the Social Security Act.

Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Signed this 22nd day of July 2015

Digitally signed by David R. Herndon
Date: 2015.07.22 15:58:10 -05'00'

**United States District Court**